IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHRISTOPHER INGRAM,
individually and as natural parent,
next friend, and in loco parentis of
Brayden Ingram Horn, a minor                                         PLAINTIFF

v.                       No. 4:20-cv-465-DPM

PENSKE LEASING AND RENTAL
COMPANY                                                              DEFENDANT

## JUDGMENT

Ingram's complaint is dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 August 2021